IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS SIMONE | : | CIVIL ACTION |
| Petitioner | : | |
| | : | |
| vs. | : | |
| | : | |
| WARDEN, SCI GREENE, et al. | : | NO. 08-5243 |
| Respondents | : | |

**O R D E R**

**AND NOW**, this 14th day of April, 2009, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, and the objections thereto filed by Petitioner, it is hereby **ORDERED** that:

1. Petitioner's objections to the Report and Recommendation are **DENIED**.

2. The Report and Recommendation is **APPROVED** and **ADOPTED**.

3. The petition for a writ of habeas corpus is **DENIED** with prejudice.

4. There is no probable cause to issue a certificate of appealability.

5. The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY,     Sr. J.